James Scott *et al.*, Plaintiffs in Error, *v.* Harden Keeling, Defendant in Error.

ERROR TO FULTON.

A petition for a mechanics' lien is insufficient, if it does not show that a time was specified within which the contract was to be performed.

This was a proceeding in the Fulton Circuit Court, under the statute to enforce a mechanics' lien. The facts of the case are stated in the opinion of the court.

Judd, Boyd & James, for Plaintiffs in Error.

W. H. Herndon, for Defendant in Error.

*Per curiam.* The petition in this case is insufficient. Both the petition and proof show that no time was specified by the contract within which it should be performed.

The decree must be reversed, and the suit remanded.

*Decree reversed.*